CLARENCE A. BURLEY, EXECUTOR, AND TRUSTEE, UNDER THE LAST WILL AND TESTAMENT OF ELIZABETH J. WHITNEY, DECEASED, LOUISA CHAPIN TELLING, ELIZABETH CHAPIN GREENE, EDWARD F. CHAPIN, JR. AND MARY W. WHITE.

*v.*

STATE OF ILLINOIS.

*Opinion filed January 19, 1921.*

INHERITANCE TAX—*refund.* Under the facts proven and there being no dispute as to the law governing the case the Court enters an award in favor of claimant.

Edward J. Brundage, Attorney General, for State.

The record evidence and oral proof sustain claimant's claim of amount claimed, showing claimant entitled to a refund of $34.83, which is amount hereby awarded to claimant with interest thereon from March 30th, 1911, making a total of award $44.75.